## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:                                          CASE NO.: 22-50057-KKS
                                                CHAPTER 13
JOEL W. BARLOW
PEARL V. BARLOW

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S
## OBJECTION(S) TO CONFIRMATION OF
## *SECOND AMENDED CHAPTER 13 PLAN* (ECF NO. 62)

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by

and through her undersigned attorneys, and hereby objects to confirmation of

Debtor(s)' *Second Amended Chapter 13 Plan* (ECF No. 62) for the following

reasons:

1.       The Plan provides an approximate distribution of twelve percent (12%).

2.       Part 5.1 of the Plan appears to be incomplete.  Further, due to possible

income fluctuation(s), the distribution to unsecured creditors may increase, and

unsecured creditors are entitled to receive six percent (6%) interest to the extent

funds are available.  The proposed Plan does not provide for same.

3.       The Plan provides for the Debtor(s) to surrender the 2013 Can Am

Spyder Motorcycle to OneMain Financial.  The Trustee intends to pay the

established unsecured deficiency portion of the filed Proof of Claim absent an objection to same.

4.   The Plan states on its face that the distribution amount to be paid to the unsecured creditors is $5,297.00; however, the Plan as proposed only provides an approximate $4,287.50 to unsecured creditors.

5.    The Plan is not signed, as required.

**RESPECTFULLY SUBMITTED**.

/s/Leigh Duncan Glidewell
  OFFICE OF CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has

been furnished by the court's current CM/ECF notice of electronic filing or first

class mail to:

JOEL W. BARLOW                          PEARL V. BARLOW
498 QUAIL HOLLOW BLVD          498 QUAIL HOLLOW BLVD.
CHIPLEY, FL 32428                       CHIPLEY, FL 32428

BROOKS R SIEGEL
BANKRUPTCY LAW GROUP, PLLC
3323 NE 163RD STREET #504
NORTH MIAMI BEACH, FL 33160

on the same date as reflected on the Court's docket as the electronic filing date for

this document.

/s/<u>Leigh Duncan Glidewell</u>
OFFICE OF CHAPTER 13 TRUSTEE