## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:                                                    CASE NO.: 22-50057-KKS
                                                          CHAPTER 13
JOEL W. BARLOW
PEARL V. BARLOW

              Debtor(s)                             /

## CHAPTER 13 TRUSTEE'S
## OBJECTION(S) TO CONFIRMATION OF
## *THIRD AMENDED CHAPTER 13 PLAN* (ECF NO. 78)

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' *Third Amended Chapter 13 Plan* (ECF No. 78) for the following reasons:

1. The Plan provides an approximate distribution of twelve percent (12%).

2. The Plan provides for the Debtor(s) to surrender the 2013 Can Am Spyder Motorcycle to OneMain Financial. The Trustee intends to pay the established unsecured deficiency portion of the filed Proof of Claim absent an objection to same.

3. The Plan is not signed, as required.

**RESPECTFULLY SUBMITTED**.

/s/Leigh Duncan Glidewell
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

| | |
|---|---|
| JOEL W. BARLOW | PEARL V. BARLOW |
| 498 QUAIL HOLLOW BLVD | 498 QUAIL HOLLOW BLVD. |
| CHIPLEY, FL 32428 | CHIPLEY, FL 32428 |

BROOKS R SIEGEL
BANKRUPTCY LAW GROUP, PLLC
3323 NE 163RD STREET #504
NORTH MIAMI BEACH, FL 33160

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh Duncan Glidewell
OFFICE OF CHAPTER 13 TRUSTEE